UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                           CRIMINAL ACTION

VERSUS                                             NO: 21-49

CHRISTY BARTHOLOMEW                                SECTION: "I"

ORDER

IT IS ORDERED that the pretrial conference currently scheduled for June 9, 2021 is **CONTINUED** to **WEDNESDAY, JUNE 23, 2021** at **3:00 P.M.**

New Orleans, Louisiana, this 5th day of May, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE